(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Nevada** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bernard, Donald J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-0147** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**356 Siena Way**<br>**Henderson, NV 89074** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Clark** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 271441**<br>**Las Vegas, NV 89127** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bernard, Donald J** | **FORM B1**, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Donald J Bernard**
Signature of Debtor **Donald J Bernard**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

**Signature of Attorney**

X  **/s/ Dorothy G Bunce**
Signature of Attorney for Debtor(s)
 **Dorothy G Bunce 0756**
Printed Name of Attorney for Debtor(s)
 **A Fresh Start**
Firm Name
 **2037 Franklin Ave
 Las Vegas, NV 89104**
Address                          Email: bunce@hotpop.com
 **(702)456-1920  Fax: (702)456-9837**
Telephone Number
 **October 15, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Dorothy G Bunce**            **October 15, 2005**
Signature of Attorney for Debtor(s)         Date
 **Dorothy G Bunce**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

| | | |
|---|---|---|
| DONALD J BERNARD<br>PO BOX 271441<br>LAS VEGAS NV 89127 | ACS LONG BEACH CA<br>ONE WORLD TRADE CENTER STE 2200<br>LONG BEACH CA 90831-2200 | BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO NC 27410 |
| DOROTHY G BUNCE<br>A FRESH START<br>2037 FRANKLIN AVE<br>LAS VEGAS, NV 89104 | ACS/WACHOVIA ED FINANC<br>501 BLEECKER ST<br>UTICA NY 13501 | BP OIL/CITIBANK<br>PO BOX 6003<br>HAGERSTOWN MD 21747 |
| UNITED STATES TRUSTEE<br>300 LAS VEGAS BLVD S STE 4300<br>LAS VEGAS NV 89101 | AFNI, INC.<br>PO BOX 3427<br>BLOOMINGTON IL 61702 | CAP ONE BK<br>PO BOX 85520<br>RICHMOND VA 23285 |
| CLARK COUNTY TREASURER<br>PO BOX 551220<br>LAS VEGAS NV 89155 | ALLIED COLLECTION SERVICES<br>3080 S DURANGO DR STE 208<br>LAS VEGAS NV 89104 | CARDIOLOGY & CV DISEASE<br>500 SRANCHO DR STE 5<br>LAS VEGAS NV 89106 |
| NEVADA EMPLOYMENT SECURITY<br>BANKRUPTCY DESK<br>500 E 3RD ST<br>CARSON CITY NV 89713 | ALLIED INTERSTATE OH<br>PO BOX 361444<br>COLUMBUS OH 43236-1444 | CARLOS FONTE MD<br>3201 S MARYLAND PKWY STE 50<br>LAS VEGAS NV 89109 |
| NEVADA LABOR COMMISSION<br>555 E WASHINGTON STE 4100<br>LAS VEGAS NV 89101 | AT&T LA<br>PO BOX 30000<br>LOS ANGELES CA 90030 | CINGULAR WIRELESS VAN NUYS<br>PO BOX 10401<br>VAN NUYS CA 91410-0401 |
| IRS LV<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | ATTENTION COLLECTIONS<br>220 SUNSET BLVD STE A<br>SHERMAN TX 75092 | CLARK COUNTY COLLECTIO<br>6124 W SAHARA AVE<br>LAS VEGAS NV 89146 |
| AARGON COLLECTION AGEN<br>3160 S VALLEY VW STE 206<br>LAS VEGAS NV 89102 | ATTENTION LLC<br>220 SUNSET BLVD<br>SHERMAN TX 75092 | CMRE FINANCE<br>3075 E IMPERIAL HW SUITE 200<br>BREA CA 92821 |
| AAROW FINANCIAL SERVICES<br>5996 W TOUHY AVE<br>NILES IL 60714 | AWA COLLECTIONS<br>PO BOX 6605<br>ORANGE CA 92863 | CMRE FINANCIAL SERVICES INC<br>3350 BIRCH ST STE 200<br>BREA CA 92821 |
| ACCTCORP OF SOUTHERN NEVADA<br>4955 S DURANGO STE 177<br>LAS VEGAS NV 89113-0155 | AWA COLLECTIONS<br>PO BOX 6605<br>ORANGE CA 92863-6605 | CRA SECURITY SYSTEMS<br>PO BOX 6755<br>HARRISBURG PA 17106-7555 |

| | | |
|---|---|---|
| CREDIT BUREAU CENTRAL<br>PO BOX 29299<br>LAS VEGAS NV 89126 | FIRST COLLECT<br>PO BOX 7000<br>SPARKS GLENCOE MD 21152-7000 | KENNETH G FRIZZELL III<br>509 S 6TH ST<br>LAS VEGAS NV 89101 |
| CREDIT BUREAU CENTRAL RED ROCK<br>2355 RED ROCK STE 200<br>LAS VEGAS NV 89146 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104 | LABORATORY MEDICINE CONSUL<br>PO BOX 98604<br>LAS VEGAS NV 89193 |
| CREDITORS INTERCHANGE<br>PO BOX 1335<br>BUFFALO NY 14240-1335 | FLAMINGO EMERGENCY PHYSICIANS<br>PO BOX 13901<br>PHILADELPHIA PA 19101 | LAS VEGAS SURGERY CENTER<br>870 S RANCHO DR<br>LAS VEGAS NV 89106 |
| CUSTOMIZED AUTO CREDIT<br>3332 WALDEN AVE<br>DEPEW NY 14043 | FREMONT EMERGENCY SERVICES<br>PO BOX 1569<br>LAS VEGAS NV 89125 | LEXON MEDICAL<br>2300 CORPORATE CIRCLE STE 1<br>HENDERSON NV 89074-7744 |
| D&B RMS<br>PO BOX 523<br>RICHFIELD OH 44286 | GC SERVICES<br>4777 HILTON CORPORATION DR<br>COLUMBUS OH 43232 | LUNG CENTER OF NEVADA<br>4220 S MARYLAND PKWY STE 70<br>LAS VEGAS NV 89119 |
| DAVID MAY<br>PO BOX 26845<br>LAS VEGAS NV 89106 | GE CAPITAL<br>3 EXECUTIVE CAMPUS STE 400<br>CHERRY HILL NJ 08002 | MAZDA AMER CR<br>9009 CARUTHERS PKWY<br>FRANKLIN TN 37067 |
| DESERT RADIOLOGISTS<br>3090 S DURANGO STE 200<br>LAS VEGAS NV 89117 | GEMB/JCP<br>PO BOX 984100<br>EL PASO TX 79998 | MIDLAND CREDIT MGMT<br>8875 AERO DR<br>SAN DIEGO CA 92123 |
| EMSOURCE<br>PO BOX 1954<br>SOUTHGATE MI 48195-0954 | GRANT & WEBER<br>861 CORONADO CENTER DR S<br>HENDERSON NV 89052 | NCO<br>PO BOX 50002<br>WATSONVILLE CA 95077 |
| ENRIQUE LACAYO MD<br>2010 GOLDRING AVE STE 302<br>LAS VEGAS NV 89106 | GRANT & WEBER HEND<br>861 CORONADO CENTER DR<br>HENDERSON NV 89052 | NCO FIN /27<br>POB 7216<br>PHILADELPHIA PA 19101 |
| FBCS INC<br>841 E HUNTING PARK AVE<br>PHILADELPHIA PA 19124 | INSIGHT MOUNTAIN DIAGNOSTICS<br>3501 S HARBOR BLVD STE 230<br>SANTA ANA CA 92704 | NCO FIN/35<br>POB 41726<br>PHILADELPHIA PA 19101 |

| | | |
|---|---|---|
| NCO PA<br>PO BOX 41457<br>PHILADELPHIA PA 19101 | PARK DANSAN COLLECTIONS<br>113 W 3RD AVE<br>GASTONIA NC 28052 | SALLIE MAE 3RD PTY LSC<br>1002 ARTHUR DR<br>LYNN HAVEN FL 32444 |
| NCO- MEDCLR<br>POB 41448<br>PHILADELPHIA PA 19101 | PAUL LUMBI MD<br>3225 GLEN MEYER<br>NEW ORLEANS LA 70114 | SDMI<br>PO BOX 36900<br>LAS VEGAS NV 89133 |
| NCO-MEDCLR<br>PO BOX 8547<br>PHILADELPHIA PA 19101 | PCC<br>PO BOX 45274<br>LOS ANGELES CA 90045-0274 | SHADOW EMERGENCY PHYSICIA<br>4165 E THOUSAND OAKS BLVD<br>THOUSAND OAKS CA 91362 |
| NCO/ COLLECTION AGENCY<br>POB 41448<br>PHILADELPHIA PA 19101 | PLUSFOUR INC.<br>6345 S PECOS RD STE 212<br>LAS VEGAS NV 89120 | SOUTHWEST AMBULANCE<br>PO BOX 62674<br>PHOENIX AZ 85082-2674 |
| NEBRASKA STUDENT LOAN<br>1300 O ST<br>LINCOLN NE 68508 | PROFESSIONAL COLLECTION<br>PO BOX 45274<br>LOS ANGELES CA 90045 | TEXACO/CITIBANK<br>PO BOX 6003<br>HAGERSTOWN MD 21747 |
| NELNET LNS<br>POB 1649<br>DENVER CO 80201 | PROVIDIAN FINANCIAL<br>PO BOX 9180<br>PLEASANTON CA 94566 | TOURO INFIRMARY<br>3525 PRYTANIA ST<br>NEW ORLEANS LA 70178 |
| NEVADA FEDERAL CRED UN<br>PO BOX 15400<br>LAS VEGAS NV 89114 | QUANTUM COLL<br>3224 CIVIC CENTER<br>NORTH LAS VEGA NV 89030 | UMC<br>1800 W CHARLESTON BLVD<br>LAS VEGAS NV 89102 |
| NORTHLAND GROUP INC<br>PO BOX 390846<br>EDINA MN 55439 | QUANTUM COLLECTIONS<br>3224 CIVIC CENTER DR<br>NORTH LAS VEGAS NV 89030 | UNITED RECOVERY SYSTEMS<br>3100 GESSNER RD STE 400<br>HOUSTON TX 77063-0339 |
| NSLP<br>PO BOX 82507<br>LINCOLN NE 68501-2507 | QUANTUM COLLECTIONS<br>3090 S DURANGO DR STE 200<br>LAS VEGAS NV 89117-9192 | UNITY<br>108 BUSINESS PAKR DR STE A<br>RIDGELAND MS 39157 |
| OSI WA<br>12201 TUKWILA INTERNATIONAL BLVD STE 100<br>TUKWILA WA 98168-5121 | ROBERT CAPLAN<br>3631 CANAL<br>NEW ORLEANS LA 70119 | UNIVERSITY OF PHOENIX<br>4615 E ELWOOD ST FL 3<br>PHOENIX AZ 85040 |

VICTOR FRANCK
2827 CHIPPAWA ST
NEW ORLEANS LA 70125


WACHOVIA EDUCATION FIN
PO BOX 13667
SACRAMENTO CA 95853