E-filed on    __October 31, 2005__

**Dorothy G Bunce**
Name

**0756**
Bar Code #

**2037 Franklin Ave**
**Las Vegas, NV 89104**
Address

**(702)456-1920**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:    **Donald J Bernard**

Case #    **05-26902**
Chapter    **7**
Trustee    _____

_____ Debtor(s)

## AMENDMENT COVER SHEET

### Amendment(s) to the following are transmitted herewith. Check all that apply.

( )    Petition (must be signed by debtor **and** attorney for debtor per Fed. R. Bankr. P. 9011)

\#    Summary of Schedules

\#    Schedule A - Real Property

\#    Schedule B - Personal Property

\#    Schedule C - Property Claimed as Exempt

\#    Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

   ( )    Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

   \#    Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

\#    Schedule G - Schedule of Executory Contracts & Unexpired Leases

\#    Schedule H - Codebtors

\#    Schedule I - Current Income of Individual Debtor(s)

\#    Schedule J - Current Expenditures of Individual Debtor(s)

\#    Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Donald J Bernard**
**Donald J Bernard**
**Debtor's Signature**
**Date:**  **October 31, 2005**

(Revised 4/19/04)

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| /s/ Donald J Bernard | October 31, 2005 | 05-26902 |
|---|---|---|
| Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## District of Nevada

In re    **Donald J Bernard**

_____,
                                    Debtor

Case No. _____**05-26902**_____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 4,940.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 285,187.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,070.42 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,070.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| | Total Assets | | 4,940.00 | | |
| | | Total Liabilities | 285,187.00 | | |

In re    **Donald J Bernard**                                    ,    Case No.    **05-26902**
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Donald J Bernard**                                              ,      Case No.      **05-26902**
                                         Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household furniture and furnishings** | - | **1,800.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Bible** | - | **20.00** |
| 6.  Wearing apparel. | | **Wearing apparel** | - | **200.00** |
| 7.  Furs and jewelry. | | **Watch** | - | **20.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Bicycle** | - | **50.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **2,090.00**
(Total of this page)

  **2**     continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Donald J Bernard**                                                    ,   Case No.   **05-26902**
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Donald J Bernard**                                              ,    Case No.    __05-26902__
                                                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Toyota Camry** | - | 2,850.00 |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | 2,850.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 4,940.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Donald J Bernard**                      ,    Case No.   **05-26902**

*Debtor*

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Miscellaneous household furniture and furnishings** | **Nev. Rev. Stat. § 21.090(1)(b)** | **1,800.00** | **1,800.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Bible** | **Nev. Rev. Stat. § 21.909(1)(a)** | **20.00** | **20.00** |
| **Wearing Apparel** | | | |
| **Wearing apparel** | **Nev. Rev. Stat. § 21.090(1)(b)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Watch** | **Nev. Rev. Stat. § 21.090(1)(a)** | **20.00** | **20.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Bicycle** | **Nev. Rev. Stat. § 21.090(1)(a)** | **50.00** | **50.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1991 Toyota Camry** | **Nev. Rev. Stat. § 21.090(1)(f)** | **2,850.00** | **2,850.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D
(12/03)

In re     **Donald J Bernard**                                                                                    ,     Case No.     **05-26902**
                                                                   Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | **0.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6E
(04/05)

In re **Donald J Bernard** _____,    Case No. ____**05-26902**_____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F
(12/03)

In re    **Donald J Bernard**                                                          , Case No.    **05-26902**
_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3238**<br><br>**Creditor #: 1**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Opened 10/12/04 Last Active 3/01/05**<br>**Collection University Medical Center.** | | | | **4,883.00** |
| Account No. **xxxxxx0934**<br><br>**Creditor #: 2**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Opened 11/10/03 Last Active 3/01/05**<br>**Collection Desert Springs Hospital** | | | | **2,225.00** |
| Account No. **xxxxxx5019**<br><br>**Creditor #: 3**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Opened 8/14/02 Last Active 3/01/05**<br>**Collection University Medical Center** | | | | **1,676.00** |
| Account No. **xxxxxx0708**<br><br>**Creditor #: 4**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Opened 6/23/03 Last Active 7/01/05**<br>**Collection Laboratory Medicine Consultant** | | | | **414.00** |

| | Subtotal<br>(Total of this page) | **9,198.00** |
|---|---|---|

__20__  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    S/N:27472-051015    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                      ,        Case No. ___**05-26902**___
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6716** | | | **Opened 12/31/02 Last Active 3/01/05** | | | | |
| **Creditor #: 5**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Collection University Medical Center** | | | | |
| | | | | | | | **400.00** |
| Account No. **xxxxxx3874** | | | **Opened 12/10/02 Last Active 3/01/05** | | | | |
| **Creditor #: 6**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Collection University Medical Center** | | | | |
| | | | | | | | **2,243.00** |
| Account No. **xxxxxx0080** | | | **Opened 7/26/03 Last Active 3/01/05** | | | | |
| **Creditor #: 7**<br>**Aargon Collection Agen**<br>**3160 S Valley Vw Ste 206**<br>**Las Vegas, NV 89102** | | - | **Collection Laboratory Medical Consultants** | | | | |
| | | | | | | | **85.00** |
| Account No. **xxx0612** | | | **Opened 6/25/01 Last Active 9/01/05** | | | | |
| **Creditor #: 8**<br>**Aarow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | - | **Collection Ga Financial Trust 2001-A** | | | | |
| | | | | | | | **3,325.00** |
| Account No. **xxxx0748** | | | **Opened 4/22/03 Last Active 4/01/05** | | | | |
| **Creditor #: 9**<br>**Aarow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | - | **Collection A.F.S. Assignee Of First Premi** | | | | |
| | | | | | | | **671.00** |

Sheet no. __**1**___ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **6,724.00**

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                                ,        Case No.    **05-26902**
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical | | | | |
| Creditor #: 10 **Acctcorp of Southern Nevada** 4955 S Durango Ste 177 Las Vegas, NV 89113-0155 | - | | | | | | 1,170.00 |
| Account No. | | | Enrique Lacayo MD 2010 Goldring Ave Ste 302 Las Vegas, NV 89106 | | | | |
| Representing: **Acctcorp of Southern Nevada** | | | | | | | |
| Account No. | | | Student loan | | | | |
| Creditor #: 11 **ACS Long Beach CA** One World Trade Center Ste 2200 Long Beach, CA 90831-2200 | - | | | | | | 12,550.00 |
| Account No. xxxxxx1471 | | | Opened  8/03/99 Educational | | | | |
| Creditor #: 12 **Acs/Wachovia Ed Financ** 501 Bleecker St Utica, NY 13501 | - | | | | | | 22,305.00 |
| Account No. | | | Wachovia Education Fin Po Box 13667 Sacramento, CA 95853 | | | | |
| Representing: **Acs/Wachovia Ed Financ** | | | | | | | |

Sheet no. __2___ of __20__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          **36,025.00**

Form B6F - Cont.
(12/03)

In re  **Donald J Bernard**                                              ,        Case No. ____**05-26902**____
                                             Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx4293**<br><br>**Creditor #: 13**<br>**Afni, Inc.**<br>**Po Box 3427**<br>**Bloomington, IL 61702** | | - | | | **Opened 1/03/03 Last Active 2/01/04**<br>**Collection Sprint Pcs** | | | | 135.00 |
| Account No.<br><br>**Creditor #: 14**<br>**Allied Collection Services**<br>**3080 S Durango Dr Ste 208**<br>**Las Vegas, NV 89104** | | - | | | **Collector** | | | | 300.00 |
| Account No.<br><br>**Creditor #: 15**<br>**Allied Interstate OH**<br>**PO Box 361444**<br>**Columbus, OH 43236-1444** | | - | | | **Collector** | | | | 200.00 |
| Account No.<br><br>**Creditor #: 16**<br>**AT&T LA**<br>**PO Box 30000**<br>**Los Angeles, CA 90030** | | - | | | **Utility** | | | | 430.00 |
| Account No. **xxx4399**<br><br>**Creditor #: 17**<br>**Attention Collections**<br>**220 Sunset Blvd Ste A**<br>**Sherman, TX 75092** | | - | | | **Opened 7/03/03 Last Active 2/01/04**<br>**Collection Sunrise Mountainview Hospital** | | | | 9,772.00 |

Sheet no. __**3**___ of __**20**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,837.00

Form B6F - Cont.
(12/03)

In re **Donald J Bernard**
_____,
Debtor

Case No. _____**05-26902**_____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br>**Representing:**<br>**Attention Collections** | | | | | **Nco Fin/35**<br>**Pob 41726**<br>**Philadelphia, PA 19101** | | | | |
| Account No. **xxx5933**<br>**Creditor #: 18**<br>**Attention Collections**<br>**220 Sunset Blvd Ste A**<br>**Sherman, TX 75092** | | - | | | **Opened 2/24/03 Last Active 10/01/03**<br>**Collection Sunrise Mountainview Hospital** | | | | 2,414.00 |
| Account No.<br>**Creditor #: 19**<br>**Attention LLC**<br>**220 Sunset Blvd**<br>**Sherman, TX 75092** | | - | | | **Collector** | | | | 9,770.00 |
| Account No. **xx5959**<br>**Creditor #: 20**<br>**Awa Collections**<br>**Po Box 6605**<br>**Orange, CA 92863** | | - | | | **Opened 3/06/03 Last Active 9/01/05**<br>**Collection Arrowhead/Calistoga Water** | | | | 131.00 |
| Account No.<br>**Creditor #: 21**<br>**AWA Collections**<br>**PO Box 6605**<br>**Orange, CA 92863-6605** | | - | | | **Collector** | | | | 120.00 |

Sheet no. ___**4**___ of ___**20**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,435.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Donald J Bernard** _____,                    Case No. **05-26902** _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx1417**<br><br>**Creditor #: 22<br>Bp Oil/Citibank<br>Po Box 6003<br>Hagerstown, MD 21747** | | - | | | **Opened  6/22/00  Last Active 11/04/00<br>CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxx1680**<br><br>**Creditor #: 23<br>Cap One Bk<br>Po Box 85520<br>Richmond, VA 23285** | | - | | | **Opened  9/09/94<br>CreditCard** | | | | 580.00 |
| Account No.<br><br>**Creditor #: 24<br>Cardiology & CV Disease<br>500 SRancho Dr Ste 5<br>Las Vegas, NV 89106** | | - | | | **Medical** | | | | 40.00 |
| Account No.<br><br>**Creditor #: 25<br>Carlos Fonte MD<br>3201 S Maryland Pkwy Ste 502<br>Las Vegas, NV 89109** | | - | | | **Medical** | | | | 525.00 |
| Account No.<br><br>**Creditor #: 26<br>Cingular Wireless Van Nuys<br>PO Box 10401<br>Van Nuys, CA 91410-0401** | | - | | | **Utility** | | | | 250.00 |

Sheet no. **5** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **1,395.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Donald J Bernard**                                             ,  Case No.  **05-26902**
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x0645** <br><br> **Creditor #: 27** <br> **Clark County Collectio** <br> **6124 W Sahara Ave** <br> **Las Vegas, NV 89146** | | - | | **Opened  8/13/03  Last Active  8/01/04** <br> **Collection Fremont Emergency Centers** | | | | **606.00** |
| Account No. **x0524** <br><br> **Creditor #: 28** <br> **Clark County Collectio** <br> **6124 W Sahara Ave** <br> **Las Vegas, NV 89146** | | - | | **Opened  8/13/03  Last Active  8/01/04** <br> **Collection Fremont Emergency Centers** | | | | **194.00** |
| Account No. **TxxxEPMxxxxxx2602** <br><br> **Creditor #: 29** <br> **Cmre Finance** <br> **3075 E Imperial Hw Suite 200** <br> **Brea, CA 92821** | | - | | **Opened  9/01/04  Last Active  3/01/05** <br> **Collection Epmg** | | | | **523.00** |
| Account No. **TxxxEPMxxxxxx9423** <br><br> **Creditor #: 30** <br> **Cmre Finance** <br> **3075 E Imperial Hw Suite 200** <br> **Brea, CA 92821** | | - | | **Opened  4/01/04  Last Active  3/01/05** <br> **Collection Epmg** | | | | **433.00** |
| Account No. **TxxxEPMxxxxxx6659** <br><br> **Creditor #: 31** <br> **Cmre Finance** <br> **3075 E Imperial Hw Suite 200** <br> **Brea, CA 92821** | | - | | **Opened  2/01/03  Last Active  3/01/05** <br> **Collection Epmg** | | | | **325.00** |

Sheet no. __6___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   **2,081.00**

Form B6F - Cont.
(12/03)

In re __Donald J Bernard_____,    Case No. ____05-26902_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 32**<br>**CMRE Financial Services Inc**<br>**3350 Birch St Ste 200**<br>**Brea, CA 92821** | - | | **Collector** | | | | 500.00 |
| Account No. <br><br>**Creditor #: 33**<br>**CRA Security Systems**<br>**PO Box 6755**<br>**Harrisburg, PA 17106-7555** | - | | **Collector** | | | | 70.00 |
| Account No. **xAxxx8085**<br><br>**Creditor #: 34**<br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | - | | **Opened  7/11/03  Last Active 10/01/03**<br>**Collection Radiology Specialists Ltd** | | | | 316.00 |
| Account No. **xAxxx7780**<br><br>**Creditor #: 35**<br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | - | | **Opened  2/27/03  Last Active  6/01/03**<br>**Collection Radiology Specialists Ltd** | | | | 192.00 |
| Account No. **xAxxx4096**<br><br>**Creditor #: 36**<br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | - | | **Opened 11/23/01  Last Active  3/01/02**<br>**Collection Review-Journal  Ads** | | | | 135.00 |

Sheet no. __7___ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,213.00

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                          ,        Case No.   **05-26902**
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xAxxx3232**<br><br>**Creditor #: 37**<br>**Credit Bureau Central**<br>**Po Box 29299**<br>**Las Vegas, NV 89126** | | - | | | Opened 6/23/01 Last Active 2/01/02<br>Collection Pulmonary Specialists Group Of | | | | 116.00 |
| Account No. **multiple**<br><br>**Creditor #: 38**<br>**Credit Bureau Central Red Rock**<br>**2355 Red Rock Ste 200**<br>**Las Vegas, NV 89146** | | - | | | Collector | | | | 4,500.00 |
| Account No.<br><br>**Creditor #: 39**<br>**Creditors Interchange**<br>**PO Box 1335**<br>**Buffalo, NY 14240-1335** | | - | | | Collector | | | | 6,960.00 |
| Account No.<br><br>**Representing:**<br>**Creditors Interchange** | | | | | GE Capital<br>3 Executive Campus Ste 400<br>Cherry Hill, NJ 08002 | | | | |
| Account No. **xxxxxxxxxxx5000**<br><br>**Creditor #: 40**<br>**Customized Auto Credit**<br>**3332 Walden Ave**<br>**Depew, NY 14043** | | - | | | Opened 10/16/98 Last Active 2/01/01<br>Automobile | | | | 18,320.00 |

Sheet no. __8__ of __20__ sheets attached to Schedule of                    Subtotal                 | 29,896.00 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                                              , Case No.   **05-26902**
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 41<br>D&B RMS<br>PO Box 523<br>Richfield, OH 44286** | - | | Collector | | | | 800.00 |
| Account No.<br>**Creditor #: 42<br>David May<br>PO Box 26845<br>Las Vegas, NV 89106** | - | | Credit account | | | | 15,000.00 |
| Account No.<br>**Creditor #: 43<br>Desert Radiologists<br>3090 S Durango Ste 200<br>Las Vegas, NV 89117** | - | | Collector | | | | 310.00 |
| Account No.<br>**Creditor #: 44<br>Emsource<br>PO Box 1954<br>Southgate, MI 48195-0954** | - | | Collector | | | | 255.00 |
| Account No.<br>**Creditor #: 45<br>FBCS Inc<br>841 E Hunting Park Ave<br>Philadelphia, PA 19124** | - | | Collector | | | | 430.00 |

Sheet no. **9** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      16,795.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Donald J Bernard**                                                      ,        Case No.  ____05-26902____
                                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 46**<br>**First Collect**<br>**PO Box 7000**<br>**Sparks Glencoe, MD 21152-7000** | | - | Medical | | | | 800.00 |
| Account No. **xxxxxxxxxxxx3738**<br><br>**Creditor #: 47**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | Opened 11/29/99  Last Active 11/26/00<br>CreditCard | | | | 410.00 |
| Account No. <br><br>**Creditor #: 48**<br>**Flamingo Emergency Physicians**<br>**PO Box 13901**<br>**Philadelphia, PA 19101** | | - | Medical | | | | 270.00 |
| Account No. <br><br>**Creditor #: 49**<br>**Fremont Emergency Services**<br>**PO Box 1569**<br>**Las Vegas, NV 89125** | | - | Medical | | | | 150.00 |
| Account No. <br><br>**Creditor #: 50**<br>**GC Services**<br>**4777 Hilton Corporation Dr**<br>**Columbus, OH 43232** | | - | Collector - student loan | | | | 12,500.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        14,130.00

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                      ,     Case No. _____**05-26902**_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2370**<br><br>**Creditor #: 51**<br>**Gemb/Jcp**<br>**Po Box 984100**<br>**El Paso, TX 79998** | | - | | **Opened 6/09/73 Last Active 9/12/98**<br>**ChargeAccount** | | | | 344.00 |
| Account No. **GxxxCHWPxxxxx5012**<br><br>**Creditor #: 52**<br>**Grant & Weber**<br>**861 Coronado Center Dr S**<br>**Henderson, NV 89052** | | - | | **Opened 6/01/04**<br>**Collection St. Rose Dominican Hospital** | | | | 1,741.00 |
| Account No.<br><br>**Creditor #: 53**<br>**Insight Mountain Diagnostics**<br>**3501 S Harbor Blvd Ste 230**<br>**Santa Ana, CA 92704** | | - | | **Medical** | | | | 60.00 |
| Account No.<br><br>**Creditor #: 54**<br>**Kenneth G Frizzell III**<br>**509 S 6th St**<br>**Las Vegas, NV 89101** | | - | | **Collector** | | | | 2,580.00 |
| Account No.<br><br>**Creditor #: 55**<br>**Laboratory Medicine Consultants**<br>**PO Box 98604**<br>**Las Vegas, NV 89193** | | - | | **Medical** | | | | 100.00 |

Sheet no. __**11**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **4,825.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                        , Case No.   **05-26902**
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| **Creditor #: 56**<br>**Las Vegas Surgery Center**<br>**870 S Rancho Dr**<br>**Las Vegas, NV 89106** | | - | | | | | | |
| | | | | | | | | **50.00** |
| Account No. | | | | Medical | | | | |
| **Creditor #: 57**<br>**Lexon Medical**<br>**2300 Corporate Circle Ste 190**<br>**Henderson, NV 89074-7744** | | - | | | | | | |
| | | | | | | | | **300.00** |
| Account No. | | | | Medical | | | | |
| **Creditor #: 58**<br>**Lung Center of Nevada**<br>**4220 S Maryland Pkwy Ste 700D**<br>**Las Vegas, NV 89119** | | - | | | | | | |
| | | | | | | | | **140.00** |
| Account No. xxxx0856 | | | | Opened 12/17/99  Last Active 11/01/01<br>Automobile | | | | |
| **Creditor #: 59**<br>**Mazda Amer Cr**<br>**9009 Caruthers Pkwy**<br>**Franklin, TN 37067** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. xxxxxx6521 | | | | Opened  1/27/05<br>FactoringCompanyAccount British Petroleum | | | | |
| **Creditor #: 60**<br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | - | | | | | | |
| | | | | | | | | **166.00** |

Sheet no. **12** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**656.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Donald J Bernard__ ,
                          Debtor

Case No. ____05-26902____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 61**<br>**NCO**<br>**PO Box 50002**<br>**Watsonville, CA 95077** | - | | **Collector** | | | | 330.00 |
| Account No. **xxx4687**<br>**Creditor #: 62**<br>**Nco Fin /27**<br>**Pob 7216**<br>**Philadelphia, PA 19101** | - | | **Opened 10/01/04 Last Active 9/01/05**<br>**12 Bank Of America Operations C** | | | | 872.00 |
| Account No. **xxx4688**<br>**Creditor #: 63**<br>**Nco Fin /27**<br>**Pob 7216**<br>**Philadelphia, PA 19101** | | | **Opened 10/01/04 Last Active 9/01/05**<br>**12 Bank Of America Operations C** | | | | 430.00 |
| Account No.<br>**Creditor #: 64**<br>**NCO PA**<br>**PO Box 41457**<br>**Philadelphia, PA 19101** | - | | **Collector** | | | | 430.00 |
| Account No.<br>**Creditor #: 65**<br>**NCO PA**<br>**PO Box 41457**<br>**Philadelphia, PA 19101** | - | | **Collector** | | | | 350.00 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,412.00

Form B6F - Cont.
(12/03)

In re **Donald J Bernard** _____,        Case No. **05-26902** _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1287**<br><br>**Creditor #: 66**<br>**Nco- Medclr**<br>**Pob 41448**<br>**Philadelphia, PA 19101** | | - | | **Opened  9/16/03  Last Active  9/01/05**<br>**FactoringCompanyAccount Med102   Emcare**<br>**Shadow Emergency Phy** | | | | 306.00 |
| Account No. **xxxx1289**<br><br>**Creditor #: 67**<br>**Nco-Medclr**<br>**Po Box 8547**<br>**Philadelphia, PA 19101** | | - | | **Opened  9/16/03**<br>**FactoringCompanyAccount Emcare Shadow**<br>**Emergency Phys** | | | | 37.00 |
| Account No. **xxxx1288**<br><br>**Creditor #: 68**<br>**Nco-Medclr**<br>**Po Box 8547**<br>**Philadelphia, PA 19101** | | - | | **Opened  9/16/03**<br>**FactoringCompanyAccount Emcare Shadow**<br>**Emergency Phys** | | | | 35.00 |
| Account No. **xxx3506**<br><br>**Creditor #: 69**<br>**Nco/ Collection Agency**<br>**Pob 41448**<br>**Philadelphia, PA 19101** | | - | | **Opened 11/27/02  Last Active  9/01/05**<br>**FactoringCompanyAccount Ncop Purchaser**<br>**From Citibank** | | | | 22,841.00 |
| Account No. **xxxxxxxxxxxx0000**<br><br>**Creditor #: 70**<br>**Nebraska Student Loan**<br>**1300 O St**<br>**Lincoln, NE 68508** | | - | | **Opened  4/03/02  Last Active  8/19/05**<br>**Educational** | | | | 9,845.00 |

Sheet no. __**14**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **33,064.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                        ,                Case No. _____**05-26902**_____
                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3100<br><br>**Creditor #: 71**<br>**Nevada Federal Cred Un**<br>**Po Box 15400**<br>**Las Vegas, NV 89114** | - | | | | **Opened 4/09/03 Last Active 11/18/04**<br>**DepositRelated** | | | | **790.00** |
| Account No.<br><br>**Creditor #: 72**<br>**Northland Group Inc**<br>**PO Box 390846**<br>**Edina, MN 55439** | - | | | | **Collector** | | | | **2,500.00** |
| Account No.<br><br>**Creditor #: 73**<br>**NSLP**<br>**PO Box 82507**<br>**Lincoln, NE 68501-2507** | - | | | | **Student loan** | | | | **10,000.00** |
| Account No.<br><br>**Creditor #: 74**<br>**OSI WA**<br>**12201 Tukwila International Blvd Ste 100**<br>**Tukwila, WA 98168-5121** | - | | | | **Collector** | | | | **140.00** |
| Account No. xxxxx7275<br><br>**Creditor #: 75**<br>**Park Dansan Collections**<br>**113 W 3rd Ave**<br>**Gastonia, NC 28052** | - | | | | **Opened 12/31/02 Last Active 1/01/03**<br>**Collection Mci Communications 4** | | | | **244.00** |

Sheet no. __**15**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,674.00**

Form B6F - Cont.
(12/03)

In re  **Donald J Bernard**                                              ,    Case No. _____**05-26902**_____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 76** <br> **Paul Lumbi MD** <br> **3225 Glen Meyer** <br> **New Orleans, LA 70114** | | - | **Medical** | | | | 5,000.00 |
| Account No. <br><br> **Creditor #: 77** <br> **PCC** <br> **PO Box 45274** <br> **Los Angeles, CA 90045-0274** | | - | **Collector** | | | | 275.00 |
| Account No. **PLSxxxxxxxxxx0328** <br><br> **Creditor #: 78** <br> **Plusfour Inc.** <br> **6345 S Pecos Rd Ste 212** <br> **Las Vegas, NV 89120** | | - | **Opened 10/13/03  Last Active 10/01/05** <br> **Collection Advanced Cardiovascular Specia** | | | | 642.00 |
| Account No. **PLSxxxxxxxxxx2874** <br><br> **Creditor #: 79** <br> **Plusfour Inc.** <br> **6345 S Pecos Rd Ste 212** <br> **Las Vegas, NV 89120** | | - | **Opened  9/24/03** <br> **Collection Ted Thorp Md Pc** | | | | 3,280.00 |
| Account No. **xxxxxxxxxxxx4281** <br><br> **Creditor #: 80** <br> **Professional Collection** <br> **Po Box 45274** <br> **Los Angeles, CA 90045** | | - | **Opened  6/13/02  Last Active 11/01/04** <br> **Collection Pacbell Wireless** | | | | 247.00 |

Sheet no. __**16**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,444.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                                          ,        Case No. _____**05-26902**_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx1249** | | | | Opened 3/19/97 Last Active 6/01/01 | | | | |
| Creditor #: 81<br>**Providian Financial**<br>**Po Box 9180**<br>**Pleasanton, CA 94566** | | - | | **SecuredCreditCard** | | | | |
| | | | | | | | | 700.00 |
| Account No. **xxxxx8003** | | | | Opened 2/01/04 Last Active 9/01/05 | | | | |
| Creditor #: 82<br>**Quantum Coll**<br>**3224 Civic Center**<br>**North Las Vega, NV 89030** | | - | | **Collection Med1medicwest Ambulance** | | | | |
| | | | | | | | | 696.00 |
| Account No. **xxxxx3381** | | | | Opened 6/01/01 Last Active 9/01/05 | | | | |
| Creditor #: 83<br>**Quantum Coll**<br>**3224 Civic Center**<br>**North Las Vega, NV 89030** | | - | | **Collection Cox Communications** | | | | |
| | | | | | | | | 185.00 |
| Account No. **xxxxx9497** | | | | Opened 6/14/01 | | | | |
| Creditor #: 84<br>**Quantum Collections**<br>**3224 Civic Center Dr**<br>**North Las Vegas, NV 89030** | | - | | **ReturnedCheck Smith S Food   Drug Centers** | | | | |
| | | | | | | | | 103.00 |
| Account No. | | | | Collector | | | | |
| Creditor #: 85<br>**Quantum Collections**<br>**3090 S Durango Dr Ste 200**<br>**Las Vegas, NV 89117-9192** | | - | | | | | | |
| | | | | | | | | 850.00 |

Sheet no. __**17**__ of __**20**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,534.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Donald J Bernard__ ,                                    Case No. ___05-26902___
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 86 RMS PO Box 523 Richfield, OH 44286** | - | | **Collector Moneytree** | | | | 785.00 |
| Account No. **Representing: RMS** | | | **Money Tree Seattle PO Box 58363 Seattle, WA 98138** | | | | |
| Account No. **Creditor #: 87 Robert Caplan 3631 Canal New Orleans, LA 70119** | - | | **Judgment lien** | | | | 12,000.00 |
| Account No. xxxxxxxxx1016 **Creditor #: 88 Sallie Mae 3rd Pty Lsc 1002 Arthur Dr Lynn Haven, FL 32444** | - | | **Opened 8/03/99 Last Active 3/31/05 Educational** | | | | 22,300.00 |
| Account No. **Creditor #: 89 SDMI PO Box 36900 Las Vegas, NV 89133** | - | | **Collector** | | | | 40.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    35,125.00

Form B6F - Cont.
(12/03)

In re __Donald J Bernard__ ,                          Case No. ____05-26902____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| **Creditor #: 90** <br> **Shadow Emergency Physicians** <br> **4165 E Thousand Oaks Blvd** <br> **Thousand Oaks, CA 91362** | | - | | | | | | 400.00 |
| Account No. | | | | Medical | | | | |
| **Creditor #: 91** <br> **Southwest Ambulance** <br> **PO Box 62674** <br> **Phoenix, AZ 85082-2674** | | - | | | | | | 600.00 |
| Account No. xxxxxx6144 | | | | Opened 9/28/00 <br> CreditCard | | | | |
| **Creditor #: 92** <br> **Texaco/Citibank** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | | | | | | | 424.00 |
| Account No. | | | | Medical | | | | |
| **Creditor #: 93** <br> **Touro Infirmary** <br> **3525 Prytania St** <br> **New Orleans, LA 70178** | | - | | | | | | 3,300.00 |
| Account No. | | | | Medical | | | | |
| **Creditor #: 94** <br> **UMC** <br> **1800 W Charleston Blvd** <br> **Las Vegas, NV 89102** | | - | | | | | | 1,450.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,174.00

Form B6F - Cont.
(12/03)

In re   **Donald J Bernard**                                          Case No.    **05-26902**
                                                                                                      ,
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Creditor #: 95**<br>**United Recovery Systems**<br>**3100 Gessner Rd Ste 400**<br>**Houston, TX 77063-0339** | | - | | | **Collector** | | | | **12,000.00** |
| Account No.<br><br>**Creditor #: 96**<br>**Unity**<br>**108 Business Pakr Dr Ste A**<br>**Ridgeland, MS 39157** | | - | | | **Collector** | | | | **100.00** |
| Account No. **xxxxxx9233**<br><br>**Creditor #: 97**<br>**University Of Phoenix**<br>**4615 E Elwood St Fl 3**<br>**Phoenix, AZ 85040** | | - | | | **Opened  1/28/99**<br>**Unsecured** | | | | **850.00** |
| Account No.<br><br>**Creditor #: 98**<br>**Victor Franck**<br>**2827 Chippawa St**<br>**New Orleans, LA 70125** | | - | | | **Breach of Lease** | | | | **23,600.00** |
| Account No.<br><br>**Representing:**<br>**Victor Franck** | | | | | **Nelnet Lns**<br>**Pob 1649**<br>**Denver, CO 80201** | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **36,550.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **285,187.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Donald J Bernard**                                         ,    Case No.    **05-26902**

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re      **Donald J Bernard**                                                            ,      Case No.      **05-26902**
                                      Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6I
(12/03)

In re   **Donald J Bernard**                                      Case No.   **05-26902**
                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP<br>**None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Teacher** | |
| Name of Employer | **Clark County School District** | |
| How long employed | **3 years** | |
| Address of Employer | | |

INCOME:  (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,932.37** | $ **N/A** |
| Estimated monthly overtime | $ **0.00** | $ **N/A** |
| SUBTOTAL | $ **2,932.37** | $ **N/A** |

LESS PAYROLL DEDUCTIONS

| | DEBTOR | SPOUSE |
|---|---|---|
| a.  Payroll taxes and social security | $ **631.89** | $ **N/A** |
| b.  Insurance | $ **0.00** | $ **N/A** |
| c.  Union dues | $ **0.00** | $ **N/A** |
| d.  Other (Specify)   **Student loan garnishment** | $ **230.06** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **861.95** | $ **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,070.42** | $ **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N/A** |
| Income from real property | $ **0.00** | $ **N/A** |
| Interest and dividends | $ **0.00** | $ **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| Pension or retirement income | $ **0.00** | $ **N/A** |
| Other monthly income (Specify) | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| TOTAL MONTHLY INCOME | $ **2,070.42** | $ **N/A** |

| TOTAL COMBINED MONTHLY INCOME | $ **2,070.42** | (Report also on Summary of Schedules) |
|---|---|---|

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **Donald J Bernard** _____    Case No.   **05-26902** _____
                           Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | **525.00** |
| Are real estate taxes included? | Yes ___   No **X** | | |
| Is property insurance included? | Yes ___   No **X** | | |
| Utilities: | Electricity and heating fuel | $ | **85.00** |
| | Water and sewer | $ | **0.00** |
| | Telephone | $ | **50.00** |
| | Other   **See Detailed Expense Attachment** | $ | **50.00** |
| Home maintenance (repairs and upkeep) | | $ | **0.00** |
| Food | | $ | **300.00** |
| Clothing | | $ | **0.00** |
| Laundry and dry cleaning | | $ | **75.00** |
| Medical and dental expenses | | $ | **100.00** |
| Transportation (not including car payments) | | $ | **275.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | **60.00** |
| Charitable contributions | | $ | **100.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | Homeowner's or renter's | $ | **0.00** |
| | Life | $ | **20.00** |
| | Health | $ | **0.00** |
| | Auto | $ | **130.00** |
| | Other | $ | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| | (Specify) | $ | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| | Auto | $ | **0.00** |
| | Other | $ | **0.00** |
| | Other | $ | **0.00** |
| | Other | $ | **0.00** |
| Alimony, maintenance, and support paid to others | | $ | **0.00** |
| Payments for support of additional dependents not living at your home | | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | **0.00** |
| Other   **See Detailed Expense Attachment** | | $ | **300.00** |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   $ **2,070.00**

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---:|
| A. | Total projected monthly income | $ | **N/A** |
| B. | Total projected monthly expenses | $ | **N/A** |
| C. | Excess income (A minus B) | $ | **N/A** |
| D. | Total amount to be paid into plan each _____ | $ | **N/A** |
| | (interval) | | |

In re   **Donald J Bernard**                                                    Case No.   **05-26902**
                           Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable television | $ | 35.00 |
| Internet | $ | 15.00 |
| **Total Other Utility Expenditures** | $ | **50.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Attorney's fee | $ | 125.00 |
| Storage | $ | 80.00 |
| Student loan | $ | 95.00 |
| **Total Other Expenditures** | $ | **300.00** |

# United States Bankruptcy Court
### District of Nevada

In re   **Donald J Bernard**                                                                   Case No.   **05-26902**

Debtor(s)                                              Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **34** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 31, 2005**                              Signature   **/s/ Donald J Bernard**

                                                                        **Donald J Bernard**
                                                                     Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### District of Nevada

In re  **Donald J Bernard**                                                      Case No.  **05-26902**

Debtor(s)                          Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| **$19,171.84** | **2005 YTD wages** |
| **$28,000.00** | **2004 wages** |
| **$24,000.00** | **2003 wages** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$1,440.00** | **2005 Gambling winnings** |

2

### 3. Payments to creditors

None
■

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nebraska Student Loan**<br>**1300 O Street**<br>**Lincoln, NE 68508** | **05/2005 to present** | **Wages and vacation pay earned at Clark County School District** |

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GECC** | | **1998 Camry** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

3

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$5,000** | **Gambling** | |

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **A Fresh Start 2037 Franklin Ave Las Vegas, NV 89104** | **Paid $195 on 10/10/2005; paid $209 court filing fee on 10/11/2005** | **$195.00 paid with Debtor to pay balance of $760 for post-filing legal work.** |

### 10. Other transfers

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

### 11.  Closed financial accounts

None

■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None

■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None

■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None

■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None

■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None

■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.
    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.
    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

6

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __October 31, 2005_____        Signature   __/s/ Donald J Bernard_____

**Donald J Bernard**

Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## District of Nevada

In re   __Donald J Bernard__ _____   Case No.   __05-26902__ _____
                                        Debtor(s)        Chapter   __7__ _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**
   **-NONE-**

   *b.  Property to Be Retained*                              *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **-NONE-** | | | | |

Date  __October 31, 2005__ _____        Signature   __/s/ Donald J Bernard__ _____
                                                        **Donald J Bernard**
                                                        Debtor

# United States Bankruptcy Court
### District of Nevada

In re  **Donald J Bernard**                                            Case No.  **05-26902**
                                                                    Debtor(s)                    Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 955.00 |
| Prior to the filing of this statement I have received | $ | 195.00 |
| Balance Due | $ | 760.00 |

2.    $  **209.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 31, 2005**                              **/s/ Dorothy G Bunce**
                                                         **Dorothy G Bunce**
                                                         **A Fresh Start**
                                                         **2037 Franklin Ave**
                                                         **Las Vegas, NV 89104**
                                                         **(702)456-1920  Fax: (702)456-9837**
                                                         **bunce@hotpop.com**

---

# United States Bankruptcy Court
### District of Nevada

In re  **Donald J Bernard** _____  Case No. __**05-26902**__

_____ Debtor(s)  Chapter __**7**__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 31, 2005** _____

**/s/ Donald J Bernard** _____
**Donald J Bernard**
Signature of Debtor