E-filed on __October 31, 2005__

**Dorothy G Bunce**
Name

**0756**
Bar Code #

**2037 Franklin Ave**
**Las Vegas, NV 89104**
Address

**(702)456-1920**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **Donald J Bernard**

Case #   **05-26902**
Chapter   **7**
Trustee   **Leonard**

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

- " Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
- " Summary of Schedules
- " Schedule A - Real Property
- " Schedule B - Personal Property
- " Schedule C - Property Claimed as Exempt
- ! Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ! Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
  - " Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

- " Schedule G - Schedule of Executory Contracts & Unexpired Leases
- " Schedule H - Codebtors
- " Schedule I - Current Income of Individual Debtor(s)
- " Schedule J - Current Expenditures of Individual Debtor(s)
- " Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

 **/s/ Donald J Bernard**
**Donald J Bernard**
**Debtor's Signature**
**Date:  December 15, 2005**

(Revised 4/19/04)

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F
(12/03)

In re  **Donald J Bernard**                                      ,          Case No.  **05-26902**
                                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Alfred Sims**<br>**356 Siena Way**<br>**Henderson, NV 89074** | | - | **6/04**<br>**Vehicle maintainence** | | | X | **4,000.00** |
| Account No.<br>**Creditor #: 2**<br>**Cox Cable LV**<br>**121 S Martin Luther King Blvd**<br>**Las Vegas, NV 89106-4309** | | - | **Utility** | | | | **150.00** |
| Account No.<br>**Creditor #: 3**<br>**Nevada Power**<br>**PO Box 30086**<br>**Reno, NV 89520** | | - | **Utility** | | | | **260.00** |
| Account No.<br>**Creditor #: 4**<br>**Southwest Gas FCU**<br>**PO Box 94767**<br>**Las Vegas, NV 89193-4767** | | - | **Utility** | | | | **70.00** |

__0__  continuation sheets attached

Subtotal (Total of this page)  **4,480.00**

Total (Report on Summary of Schedules)  **4,480.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:27472-051201    Best Case Bankruptcy