# United States Bankruptcy Court
## District of Nevada

Case No. **05–26902–lbr**
Chapter 7

In re: (Name of Debtor)
   DONALD J BERNARD
   PO BOX 271441
   LAS VEGAS, NV 89127

Social Security No.:
   xxx–xx–0147

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 2/13/06

BY THE COURT

Patricia Gray
Clerk of the Bankruptcy Court